690

FIRST DEPARTMENT, FEBRUARY, 1984

(February 2, 1984)

■ TRANSAMERICA INSURANCE COMPANY, Appellant, v TISYL TAXI CORP. et al., Respondents. — Order, Supreme Court, New York County (Alvin Klein, J.), entered July 8, 1983, denying plaintiff's motion for summary judgment and for a stay of the pending trial of the underlying personal injury action, affirmed, with costs. We do not construe the previous opinion of this court in *Horney v Tisyl Taxi Corp.* (93 AD2d 291) as excluding the possibility that the evidence on the retrial might support a finding of liability on the basis of a negligently inflicted injury within the coverage of the insurance policy. Concur — Murphy, P. J., Sandler, Sullivan, Carro and Asch, JJ.

■ In the Matter of HYMAN RAFFE, Petitioner, v LOUIS GROSSMAN, Respondent. — Application for a writ of mandamus dismissed as moot, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Ross, Carro, Lynch and Kassal, JJ.

■ TERRI R. DUBITSKY, Formerly Known as TERRI R. MARKOWITZ, Respondent, v HOWARD MARKOWITZ, Appellant. — Order, Supreme Court, New York County (Kristin Glen, J.), entered on April 7, 1983, unanimously affirmed for the reasons stated by Glen, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Sullivan, Bloom, Milonas and Kassal, JJ.